## Robert Junior WARDRICK, Plaintiff–Appellant,

v.

USA; Robert Overfield, Detective; John Kelly, Officer; Thomas J. Love, Special Agent; Shawn Garrity, Officer, Defendants–Appellees.

No. 03–6540.

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 30, 2003.

Robert Junior Wardrick, Appellant Pro Se.

**648**

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Junior Wardrick appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Wardrick,* No. CA–03–319 (D.Md. Feb. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*